ACCEPTED
03-14-00088-CR
7563401
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/27/2015 3:23:03 PM
JEFFREY D. KYLE
CLERK

# PAUL EVANS
ATTORNEY AT LAW
811 Nueces Street
AUSTIN, TEXAS 78701
(512) 569-1418
Fax 692-8002

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/27/2015 3:23:03 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk                                        October 27, 2015
Court of Appeals, Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

**RE: Court of Appeals Number: 03-14-00088-CR; 03-14-00408-CR**

**Trial Court Case Number: D-1-DC-12-301231; D-1-DC-12-203247**

**Style: Darius Dontae Lovings v. State of Texas**

To the Honorable Court:

I am in receipt of your letter, dated October 8, 2015, and received on October 13, 2015. I write to confirm that I do in fact intend to argue the above styled and numbered causes before the Court at the designated time and place (*see cover of Appellant's Brief,* **"ORAL ARGUMENT REQUESTED."**)

Respectfully submitted,


___/s/ Paul M. Evans_____
Paul M. Evans
811 Nueces Street
Austin, Texas 78701
(512) 569-1418
(512) 692-8002 FAX
SBN 24038885
paulmatthewevans@hotmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Appellant's Brief was delivered by e-service facsimile to the office of the District Attorney of Travis County—mailing address P.O. Box 1748, Austin, Texas 78767, physical address 509 W. 11th Street, Austin, Texas 78701—on this the 27th day of October, 2015.

___/s/ Paul M. Evans_____

Paul M. Evans

## **CERTIFICATE OF COMPLIANCE**

Relying on the Microsoft Word 97-2003 Document word count utility, I hereby certify that the present document contains 235 words, counting all contents herein.

___/s/ Paul M. Evans_____

Paul M. Evans